IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CEDRIC LETROY BONDS, | ) |
| Petitioner, | ) ) ) |
| v. | ) CASE NO. 2:13-CV-542-WKW |
| UNITED STATES OF AMERICA, | ) ) ) ) |
| Respondent. | ) ) |

## **ORDER**

On August 20, 2015, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 15.) Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and that the 28 U.S.C. § 2255 motion is filed by Defendant Cedric Letroy Bonds is DENIED with prejudice, as the claims therein entitle him to no relief.

A separate final judgment will be entered.

DONE this 15th day of September, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE